# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CORTNEY R. HAWKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 2:18-cv-00638-ACA |
| | ) |
| **HOLY FAMILY CRISTO REY** | ) |
| **CATHOLIC HIGH SCHOOL,** | ) **ORAL ARGUMENT REQUESTED** |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, FED. R. CIV. P., Defendant Holy Family Cristo Rey Catholic High School ("Holy Family") moves for summary judgment as to Plaintiff's remaining claims against it under Title VII and Section 1981 on the grounds that there is no genuine dispute of material fact and Holy Family is entitled to judgment as a matter of law. Holy Family relies on the pleadings in this case, the evidentiary submission filed contemporaneously herewith, and the brief filed in support of this motion.

**Respectfully submitted this the 12th day of November, 2019.**

/s/ Katie T. Powell
**Katie T. Powell [ASB-1047-H60T]**
katie.powell@butlersnow.com
**Margaret H. Loveman [ASB-6775-E60H]**
margaret.loveman@butlersnow.com
**Carol T. Montgomery [ASB-1095-J18N]**
carol.montgomery@butlersnow.com

**OF COUNSEL:**
**BUTLER SNOW LLP**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone: (205) 297-2200
Facsimile: (205) 297-2100

*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been served on all parties to this action by e-file using the Court's CM/ECF system, electronic mail and/or by depositing a copy of the same in the U.S. Mail, first-class postage prepaid and properly addressed as follows:


Ida Tyree Hyche
**TYREE HYCHE & DIXON, LLC**
2025 3rd Avenue North, Suite 200
Birmingham, Alabama 35203
Telephone: (205) 777-5220

  *Attorney for Plaintiff.*


**Done this the 12th day of November, 2019.**


             **/s/ Katie T. Powell**
             **OF COUNSEL**