Case number - 2:18-CV-638  ACA

FILED
2020 Feb-25  PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

2020 FEB 25 P 1:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

At this time, I have found it very difficult to find a lawyer to represent my case. I have done my best but per conversation with certain firms they are unable to take my case for similar reason. I also do not feel that I can represent myself. I ask the courts currently to dismiss my case without prejudice.

*Courtney R Hawkins*